MARY DONOHUE et al., Respondents, *v.* HAVEN TRANSPORTATION, INC., Defendant, and BROOKLYN AND QUEENS TRANSIT CORPORATION, Appellant.

(Argued October 24, 1934; decided November 20, 1934.)

*Harold L. Warner* and *George D. Yeomans* for appellant.
*A. L. Pomerantz, Emanuel Forst* and *Isidore Halpern* for respondents.

Judgment affirmed, with costs; no opinion.

Concur: POUND, Ch. J., CRANE, O'BRIEN, HUBBS, CROUCH and LOUGHRAN, JJ.   Dissenting: LEHMAN, J.